# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ SOLIS, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br>THE MERCHANT OF TENNIS, INC., a California Corporation; and DOES 1 through 10,<br><br>　　　　　　Defendant. | CASE NO.  5:21-CV-00459<br><br>**ORDER GRANTING REQUEST FOR STIPULATED PROTECTIVE ORDER** |

**[PROPOSED] ORDER**

The Court having reviewed the Parties' Stipulated Protective Order, and good cause appearing thereof, hereby adopts the Parties' Protective Order in this action governing the disclosure and use of confidential information in this matter, according to the terms agreed to by the parties in that Stipulated Request for Protective Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 24, 2022

Hon. Kenly Kiya Kato
United States Magistrate Judge