**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
Email: phaines@haineslawgroup.com
Neil M. Larsen (SBN 276490
Email: nlarsen@haineslawgroup.com
2155 Campus Drive, Suite 180
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

Attorneys for Plaintiff, the Classes, and Aggrieved Employees

John S. Purcell (SBN 158969)
Jeffrey B. Weston (SBN 309507)
ARENTFOX SCHIFF LLP
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Emails: john.purcell@arentfox.com
jeffrey.weston@arentfox.com

Attorneys for Defendant
MERCHANT OF TENNIS, INC.
dba U.S. MERCHANTS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ SOLIS, on behalf of himself and all others similarly situated,<br>          Plaintiff,<br><br>  v.<br><br>THE MERCHANT OF TENNIS, INC., a California Corporation; and DOES 1 through 10,<br>          Defendant. | CASE NO. 5:21-CV-00459<br><br>**STIPULATION FOR DISMISSAL UNDER RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Jose Hernandez Solis ("Plaintiff") and Defendant The Merchant of Tennis, Inc. ("Defendant") (collectively, "the Parties"), by and through their respective counsel of records, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above captioned action shall be dismissed in its entirety, without prejudice.

**IT IS SO STIPULATED.**

Respectfully submitted,
HAINES LAW GROUP, APC.

Dated: June 7, 2022

*/s/ Paul K. Haines*

Paul K. Haines
Attorney for Plaintiff, the Classes and Aggrieved Employees


ARENTFOX SCHIFF LLP

Dated: June 7, 2022

*/s/ John S. Purcell*

John S. Purcell
Attorney for Defendant, The Merchant of Tennis, Inc.

**Attestation of Signatures**

I, Paul K. Haines, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 7, 2022          HAINES LAW GROUP, APC

*/s/ Paul K. Haines*

Paul K. Haines, Esq.
Attorneys for Plaintiff